**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James T Stevens II <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6112 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–20072–CMB | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James T Stevens II

4/20/22                                                              **By the court:**   Carlota M. Bohm
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-20072-CMB

James T Stevens, II     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 3
Date Rcvd: Apr 20, 2022     Form ID: 318     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James T Stevens, II, 3155 National Pike Road, Box 166, Richeyville, PA 15358-1004 |
| 15445926 | + | AAMS / Wash Health System, 4800 Mills Civic Parkway, Suite 202, West Des Moines, IA 50265-5265 |
| 15445927 | + | Advanced Othopeadics, 2 Trich Drive, Box 2, Washington, PA 15301-0002 |
| 15445928 | + | Ambulance & Chair Services, 75 Braden Street, Washington, PA 15301-4087 |
| 15445929 | + | Ambulance Billing Co., P.O. Box 726, New Cumberland, PA 17070-0726 |
| 15445930 | + | Asset Recovery, 2200 E Devon Ave.m Suite 200, Des Plaines, IL 60018-4501 |
| 15445931 | + | Bearcat EMS, P.O. Box 726, New Cumberland, PA 17070-0726 |
| 15445932 | + | Brownsville Ambulance Services, P.O. bOx 300, Brownsville, PA 15417-0300 |
| 15445939 | + | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15445940 | + | D&A Services, 1400 E Touhy Ave., Suite G2, Des Plaines, IL 60018-3338 |
| 15445942 | + | Emergency Care Phys of Washington, P.O. Box 37716, Philadelphia, PA 19101-5016 |
| 15445943 | + | Envision Physician Services, 1 A Burrton Hills Blvd., Nashville, TN 37215-6187 |
| 15445946 | + | Greater Washington Radiologist, P.O. Box 371863, Pittsburgh, PA 15250-7863 |
| 15445947 | + | Hanger Clinic, 62857 Collection Center Dr., Chicago, IL 60693-0001 |
| 15445948 | + | Logicoll, P.O. Box 1479, Lombard, IL 60148-8479 |
| 15445949 | + | Medcare Equipment Co., LLC, P.O. Box 5029, Greensburg, PA 15601-5058 |
| 15445950 | + | Midland Funding / Comenity Capital, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15445953 | + | Neighborhood Health Care, 95 Leonard Avenue, Washington, PA 15301-3368 |
| 15445955 | + | Resurgent Capital Services / Sunoco, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15445956 | + | RevSolve, Inc. / Hanger Clinic, 1395 N Hayden Road, Scottsdale, AZ 85257-3769 |
| 15445957 | + | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15445961 | + | The Bureaus Inc / Comenity Bank, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15445963 | | WHS Inpatient Services, P.O. Box 37696, Philadelphia, PA 19101 |
| 15445964 | + | WHS Pulmonary, 95 Leonard Avenue, Washington, PA 15301-3368 |
| 15445962 | + | Washington Health System, Attn: Billing Dept., 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 21 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Apr 21 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 20 2022 23:34:00 | Peoples Natural Gas Company LLC, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15445935 | | EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15445933 | + | EDI: CAPITALONE.COM | Apr 21 2022 03:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15445934 | + | EDI: CAPONEAUTO.COM | Apr 21 2022 03:38:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15445936 | + | Email/Text: bankruptcy@cavps.com | Apr 20 2022 23:34:00 | Cavalry Portfolio Services / Citibank, 1 American Lane, Greenwich, CT 06831-2560 |
| 15445937 | + | EDI: CITICORP.COM | Apr 21 2022 03:38:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15445938 | + | Email/Text: mediamanagers@clientservices.com | Apr 20 2022 23:33:00 | Client Services, 3451 Harry S Truman Blvd., Saint Charles, MO 63301-9816 |
| 15445941 | + | EDI: DISCOVER.COM | Apr 21 2022 03:38:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15445944 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 20 2022 23:34:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15445945 | + | EDI: FSAE.COM | Apr 21 2022 03:38:00 | FirstSource, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 15445951 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 23:34:00 | Midland Funding / Credit one Bank, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15445952 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 23:34:00 | Midland Funding / Synchrony Bank, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15445954 | + | EDI: PINNACLE.COM | Apr 21 2022 03:38:00 | Radius, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 15445958 | + | Email/PDF: clerical@simmassociates.com | Apr 20 2022 23:39:20 | Simm Assoc., 800 Pencader Dr., Newark, DE 19702-3354 |
| 15445959 | + | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Syncb/Paypal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15446429 | | EDI: RMSC.COM | Apr 21 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15445960 | + | EDI: WTRRNBANK.COM | Apr 21 2022 03:38:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 22-20072-CMB    Doc 17    Filed 04/22/22    Entered 04/23/22 00:25:42    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: 318 | Total Noticed: 45 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022                                  Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor James T Stevens II ricelaw1@verizon.net, lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net  pwilson@ecf.axosfs.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 5